# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-11330
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

September 17, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE PORTILLO-MEZA,

Defendant-Appellant

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:12-CR-205-1

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:[*]

Jose Portillo-Meza appeals his conviction for illegally reentering the United States after removal. He urges that the district court erred in not allowing him to present a necessity or duress defense. He has not shown that he satisfied the requirements for such a defense. *See United States v. Posada-Rios*, 158 F.3d 832, 873 (5th Cir. 1998); *United States v. Gant*, 691 F.2d 1159, 1162-65 (5th Cir. 1982).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-11330

Additionally, Portillo-Meza theorizes that excluding such a defense can result in an inconsistency between a criminal case and an immigration case. He has shown no error.

AFFIRMED.